IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ERICA D TAYLOR,

      Plaintiff,

v.                                   CASE NO. 4:07-cv-00018-MP-WCS

MICHAEL J ASTRUE,

      Defendant.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 14, the Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner denying benefits be

reversed in part and affirmed in part. The parties have been furnished a copy of the report and

recommendation and have been afforded an opportunity to file objections, but none have been

filed and the time for doing so has passed.  The Court agrees that Plaintiff's impairment, mental

retardation, did not meet Listing 112.05C because neither expert determined Plaintiff to be

mentally retarded, and Plaintiff's verbal skills were so far above the usual scores for someone

mentally retarded.   On the whole, therefore, the ALJ's findings as to Listing 112.05C are

supported by substantial evidence in the record.  However the Court also agrees that the ALJ did

not appear to fully consider whether the Plaintiff met the requirements of Listing 112.05D

(which considers whether other impairments should be combined with the mental issues).  Thus,

the Court agrees that that issue should be remanded for further consideration.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner that Plaintiff did not meet listing 112.05C is affirmed, but the matter is remanded to the Commissioner to determine if the Plaintiff met listing 112.05D.


**DONE AND ORDERED** this *28th* day of February, 2008


*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge