IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERICA D TAYLOR,

    Plaintiff,

v.                                        CASE NO. 4:07-cv-00018-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, to which the government has agreed, Doc. 20. That motion is granted, and Plaintiff is entitled to fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,322.96.  Additionally, Ms. Taylor has moved (doc. 17), pursuant to Bergen v. Commissioner, 454 F.3d 1273, 1277-78 (11th Cir. 2006), to stay proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) until the matter is fully adjudicated upon remand.  That motion is also granted.  The Plaintiff shall file a motion to award fees under 406(b) within 14 days after counsel receives notice from the Defendant Commissioner as to Plaintiff's past due benefits.

    **DONE AND ORDERED** this  28th day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge