IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERICA D TAYLOR,

    Plaintiff,

v.                                                CASE NO. 4:07-cv-00018-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 22, motion for attorney fees under 42 U.S.C. § 406(b)(1). A telephone conference was held on November 24, 2009, during which the government agreed that attorney's fees of 25% of the amount recovered were appropriate. This was based on the contingency arrangement between Plaintiff and Plaintiff's counsel. See Exhibit E to Doc. 22, the fee arrangement between Plaintiff and counsel. Under the agreement and under the typical policy of the Commissioner, the 25% due to counsel should have been withheld from the lump sum benefits award. However, in this case, the Commissioner did not withhold 25%, and Plaintiff has told her counsel that she has spent the funds.

In order to facilitate proper payment of counsel in this case, the Court finds that Plaintiff's counsel is entitled to $2,502.29 for fees in this case (after crediting the amount previously received under the Equal Access to Justice Act). The government is directed to contact the

Commissioner and determine a manner of withholding all or part of Plaintiff's future benefits to pay counsel the $2,502.29. A copy of this order shall be sent directly to Plaintiff.

**DONE AND ORDERED** this _9th_ day of December, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge