IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERICA D TAYLOR,

    Plaintiff,

v.                                            CASE NO. 4:07-cv-00018-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 32, Claimant's attorney's Response to the Commissioner's Motion (Doc. 29) to Alter Judgment or Amend Judgment Awarding Attorney Fees under 42 U.S.C. § 406(b). In the response, the Claimant's attorney moves to the Court to withdraw her petition for attorney's fees. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Motion to Withdraw Petition for Attorney's Fees, Doc. 32, is granted.

2.    The order at Doc. 28, granting attorney's fees, is vacated.

**DONE AND ORDERED** this _22nd_ day of January, 2010

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge